**Kevin E. GANAWAY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 80310**

Missouri Court of Appeals, Western District.

ORDER FILED: December 5, 2017

Samuel Buffaloe, Columbia, MO, Counsel for Appellant.

Julia Neidhardt, Jefferson City, MO, Counsel for Respondent.

Before Division One: Cynthia L. Martin, P.J., James Edward Welsh, and Karen King Mitchell, JJ.

## ORDER

Per Curiam:

Kevin E. Ganaway appeals the circuit court's denial of his Rule 24.035 motion for post-conviction relief, in which he sought to vacate his conviction on one count of first-degree property damage, § 569.100, RSMo, following a guilty plea. We affirm. Rule 84.16(b).